The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BYRON,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,<br>　　　　　Defendant. | Case No. 2:18-CV-01415-RSL<br><br>[PROPOSED] ORDER APPROVING PARTIES' REQUEST FOR EXTENSION OF EXPERT DISCOVERY DESIGNATIONS AND REPORTS |

Based upon the Parties' Joint Stipulation to Request an Extension to Expert Discovery Designations and Reports, **IT IS HEREBY ORDERED THAT**: (1) the Parties' expert designations and reports are due on June 10, 2019; and (2) Any rebuttal expert designations and reports are due on July 10, 2019.

May 9, 2019.

_____
The Honorable Robert S. Lasnik

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1701 Market Street
Philadelphia, PA 19103-2921
+1.215.963.5000