The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JAMES BYRON,
        Plaintiff,

v.

INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,
        Defendant.

Case No. 2:18-CV-01415-RSL
**ORDER APPROVING PARTIES' REQUEST FOR EXTENSION OF TIME**

Based upon the Parties' Joint Stipulation to Extend Time for Opposition and Reply to Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**: (1) the Notice Date for Defendant's Motion for Summary Judgment is October 1, 2019; (2) Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due on September 19, 2019; and (3) Defendant's Reply in Support of its Motion for Summary Judgment is due on October 1, 2019.

Dated this 6th day of September, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR PARTIES'
JOINT STIPULATION TO EXTEND TIME

Morgan, Lewis & Bockius LLP
Attorneys at Law
1701 Market Street
Philadelphia, PA 19103-2921
+1.215.963.5000