UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BYRON,<br>    Plaintiff,<br>v.<br>INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,<br>    Defendant. | Case No. 2:18-CV-01415-RSL<br>**ORDER APPROVING PARTIES' REQUEST FOR EXTENSION OF TIME** |

Based upon the Parties' Joint Stipulation to Extend Time for Opposition and Reply to Defendant's Motion to Seal, **IT IS HEREBY ORDERED THAT**: (1) the Notice Date for Defendant's Motion to Seal is October 1, 2019; (2) Plaintiff's Opposition to Defendant's Motion to Seal is due on September 19, 2019; and (3) Defendant's Reply in Support of its Motion to Seal is due on October 1, 2019.

Dated this 12th day of September, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPROVING PARTIES REQUEST FOR EXTENSION OF TIME

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1701 Market Street
Philadelphia, PA 19103-2921
+1.215.963.5000