The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JAMES BYRON,
          Plaintiff,

v.

INSTITUTE FOR ENVIRONMENTAL
HEALTH, INC.,
          Defendant.

Case No. 2:18-CV-01415-RSL

[PROPOSED] ORDER APPROVING
PARTIES' REQUEST FOR EXTENSION
OF TIME

Based upon the Parties' Joint Stipulation to Extend Time for Opposition and Reply to

Defendant's Motion for Summary Judgment and Defendant's Motion to Seal, **IT IS HEREBY**

**ORDERED THAT**: (1) the Notice Date for Defendant's Motion for Summary Judgment and

Motion to Seal is October 7, 2019; (2) Plaintiff's Oppositions to Defendant's Motion for

Summary Judgment and Motion to Seal are due on September 23, 2019; and (3) Defendant's

Replies in Support of its Motion for Summary Judgment and Motion to Seal are due on October

7, 2019.

DATED: Sept. 19, 2019.

_____
The Honorable Robert S. Lasnik

[PROPOSED] ORDER FOR JOINT STIPULATION TO EXTEND TIME - 1

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1701 Market Street
Philadelphia, PA 19103-2921
+1.215.963.5000