...

Page 47

1  required under FSMA?
2        MR. GUYER: Objection; argumentative.
3        You may answer.
4    A.  Again, Sarah, the reason --
5    Q.  Please answer my question, and then we can
6  move on to the next one.
7        MR. GUYER: Objection --
8    Q.  What are the words --
9        MR. GUYER: Objection; interrupting the
10 client.
11   Q.  -- or the sections that state that testing is
12 required?
13       MR. GUYER: Objection; argumentative,
14 rude.
15   A.  I don't know that we're going to get to an
16 answer that satisfies you. It's very clear that the
17 intent of Congress, when they promulgated the law, was
18 to have a direct impact on the safety of food.
19       Each year there are a million
20 hospitalizations associated with salmonella --
21 I'm sorry, a million illnesses, 19,000
22 hospitalizations, and 380 deaths associated with
23 salmonella in food. The intent of Congress was to put
24 laws in place that would have a positive impact on
25 food-borne illness and public health in America.



Page 138

1   Q.  No, not at all.
2                     (Discussion off the record.)
3                     (Lunch recess taken from
4                      12:36 - 1:29 PM.)
5                     (Exhibit No. 17 marked
6                      for identification.)
7              THE WITNESS:  Thank you.
8                     -oOo-
9              EXAMINATION - (Cont'd)
10  BY MS. BOUCHARD:
11    Q.  Mr. Byron, what has been marked as
12  Exhibit No. 17 is an e-mail from you to Mansour,
13  and the subject line is "Performance, Highlights and
14  Bonus for 2010."
15          In your e-mail you state, "Mansour,
16  attached is a summary that we discussed on Friday.
17  Please take a look and let's discuss.  It does not
18  capture every activity of the year.  It does capture
19  some of the highlights worthy of discussion."
20          Why did you send this to him?
21    A.  Well, because it was April, and I was
22  interested to receive a bonus, and I wanted to
23  initiate the conversation of payment of a bonus.
24    Q.  Had you learned by the time you wrote that
25  that other people had received a bonus and you did



Page 139

```
 1   not?
 2        A.   No.  I wanted to initiate discussion about
 3   a bonus.
 4        Q.   So you didn't know whether anyone had
 5   received a bonus for the 2010 year when you wrote
 6   this.
 7        A.   No.  Correct.
 8        Q.   When you look at the categories, it says,
 9   "Needs of the Business," and then a category is
10   "Advances of 2010, "and then it says, "Shortfalls of
11   2010."
12        A.   Uh-huh.
13        Q.   "Shortfalls of 2010," were those your
14   shortfalls?
15        A.   Those are our shortfalls.  Again, I look at
16   myself as a part of an organization, and when you're
17   a vice president or a C-level person in an
18   organization, you're effective through the people you
19   work with.  You are not one-man show.
20             There are some exceptions, but generally
21   the accepted wisdom is if you're leading an
22   organization, you know, you're working with and
23   depending on others to collaborate and achieve success
24   today.
25        Q.   So when you said, "Attached is a summary that
```



Page 140

1  we discussed on Friday," what was the discussion that
2  you had had on Friday?
3      A.   I don't recall.
4      Q.   It wasn't an angry phone call asking where
5  your bonus was?
6      A.   No.
7      Q.   Are you sure about that?
8      A.   I'm sure there was never an angry phone call
9  looking for a bonus, so, yes, I'm sure.
10     Q.   All right.  So is this your summary of
11 why you believed you were entitled to all of the
12 bonus or part of the bonus?  What was your thought
13 there?
14     A.   Well, somewhat disassociated from the
15 bonus, I think it's important to periodically sit down
16 and assess where you are, where you're trying to go,
17 and then develop a plan to get there, and if you're
18 part of an organization, you want to include
19 other people that are important to that
20 decision-making process in the process, and, because
21 of that, I think it also is an appropriate document to
22 talk about a bonus.
23     Q.   So this had nothing to do with the fact that
24 you didn't get a bonus in 2011?
25     A.   No.  I'm pretty --.



Page 141

```
 1      Q.    Are you sure about that?
 2      A.    Uh-huh -- yeah.  This is not -- it's not
 3   unusual for me to sit down and develop a plan and
 4   assess how things were.
 5      Q.    Is this the plan you were referring to
 6   earlier in your testimony?
 7      A.    No.
 8      Q.    This is a different plan?
 9      A.    I actually created -- this is -- yeah,
10   this is just a -- kind of like a score sheet, almost,
11   to see:  Okay.  Well, what are the things that we
12   accomplished in 2010?  What are the things that
13   we -- you know, that are important?
14            I mean, when you use the word
15   "shortfalls," that's actually setting you up for,
16   you know, maybe doing those things in 2011,
17   but you can see I identified down below opportunities
18   for 2011, so the answer to your question is, this is
19   independent of the bonus discussion.  It supports
20   the bonus discussion, but this document was prepared
21   regardless of the bonus, obviously.
22      Q.    Why is that obvious?
23      A.    Because here it is and there was no bonus,
24   so it was prepared independent of the bonus.
25      Q.    Well, it was prepared because you were angry
```

