UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES BYRON,

    Plaintiff,

v.

INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,

    Defendant.

NO. C18-1415RSL

ORDER RENOTING MOTION FOR SUMMARY JUDGMENT AND CONTINUING TRIAL AND RELATED DATES

This matter comes before the Court on plaintiff's "Motion for Leave to File Memorandum in Opposition to Summary Judgment Out of Time" (Dkt. # 46), the parties' "Joint Stipulation to Reschedule Trial Date" (Dkt. 48), and the parties' "Joint Stipulation Regarding Briefing for Defendant's Motion for Summary Judgment" (Dkt. # 49). Defendants do not oppose an extension of time in which to respond to the motion for summary judgment, and the parties have agreed to a revised briefing schedule. The Clerk of Court is directed to renote defendant's motion for summary judgment (Dkt. # 30) on the Court's calendar for Friday, October 11, 2019. Defendant's reply, if any, is due on October 10, 2019.

//

The parties' request to reschedule the trial date is GRANTED. An amended case management order will be issued.

Dated this 2nd day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RENOTING MOTION FOR SUMMARY
JUDGMENT AND CONTINUING TRIAL
AND RELATED DATES - 2