The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JAMES BYRON,

    Plaintiff,

v.

INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,

    Defendant.

Case No. 2:18-CV-01415-RSL

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

THIS MATTER comes before the Court on Defendant Institute for Environmental Health, Inc.'s ("IEH") Supplemental Motion to Seal portions of its Reply Brief in Support of its Motion for Summary Judgment ("Motion"). The Court has reviewed IEH's Motion and all evidence in support of, and in opposition and reply, if any, to the Motion, and the Court is fully informed.

IT IS ORDERED, this 19th day of November, 2019, THAT:

1. Defendant's Motion is **GRANTED**.
2. The Clerk shall maintain the redacted portions of IEH's Reply Brief in Support of its Motion for Summary Judgment under seal.

_____
THE HONORABLE ROBERT S. LASNIK
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S
SUPPLEMENTAL MOTION TO SEAL PORTIONS OF ITS REPLY BRIEF
2:18-CV-01415-RSL- 1