1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES BYRON, | CASE NO. 2:18-cv-01415-JHC |
| Plaintiff, | ORDER RE: MOTIONS IN LIMINE |
| v. | |
| INSTITUTE FOR ENVIRONMENTAL HEALTH, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Corrected Motions In Limine (Dkt. # 84) and Defendant's Corrected Motions In Limine (Dkt. # 85).  The Court has reviewed the materials submitted in support of, and in opposition to, the motions in limine (MILs).  Being fully advised, the Court ORDERS as follows:

Plaintiff's MIL 1 (concerning racist or sexist comments or behavior) is DENIED.

Plaintiff's MIL 2 (concerning excessive drinking, nightclubs, bars, and strips clubs), which is unopposed, is GRANTED.

Plaintiff's MIL 3 (concerning defamation or interference with ongoing competitive business operations of prospective economic advantage), which is apparently unopposed, is GRANTED.

Plaintiff's MIL 4 (concerning remote trial appearances) is GRANTED.

Defendant's MIL 1 (concerning protected activity) is DENIED.

Defendant's MIL 2 (concerning opinion testimony) is GRANTED to the extent that Plaintiff may not offer his own testimony as expert testimony. But he may testify regarding the basis for his reasonable belief.

Defendant's MIL 3 (concerning backpay damages) is DENIED.

Defendant's MIL 4 (concerning emotional damages) is DENIED.

Dated this 12th day of October, 2022.

John H. Chun
United States District Judge